# Order

Michigan Supreme Court
Lansing, Michigan

October 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137409

LINDA SHEMBER,
      Plaintiff-Appellant,

v

UNIVERSITY OF MICHIGAN MEDICAL
CENTER, UNIVERSITY OF MICHIGAN
BOARD OF REGENTS, UNIVERSITY OF
MICHIGAN HOSPITAL & HEALTH
CENTERS, and UNIVERSITY OF
MICHIGAN HEALTH SYSTEM,
      Defendants,

and

PIA MALY SUNDGREN, ANTHONY
D'AMICO, STEVEN KRONICK, JOHN N.
SHENK, SONJA KRAFCIK, CAROL R.
BRADFORD, M.D., DALE EKBOM, M.D.,
JAMES A. FREER, M.D., and PAUL
DEFLORIO, M.D.,
      Defendants-Appellees.
_____/

SC: 137409
COA: 276515
Washtenaw CC: 06-000080-NH

    By order of March 25, 2009, the application for leave to appeal the August 21, 2008 judgment of the Court of Appeals was held in abeyance pending the decision in *Bush v Shabahang* (Docket Nos. 136617, 136653, and 136983). On order of the Court, the case having been decided on July 29, 2009, 484 Mich 156 (2009), the application is again considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the opinion of the Court of Appeals and the order of the Washtenaw Circuit Court granting the defendants' motion for summary disposition, and we REMAND this case to the Washtenaw Circuit Court for reconsideration of the defendants' motion in light of this Court's decision in *Bush v Shabahang* and MCL 600.2301.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2009

d1014

Clerk